UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  18-32061
Kimberly J Mantzoros  )
  )  Chapter: 13
  )  Honorable A. Benjamin Goldgar
  )  Lake County
Debtor(s)  )

**ORDER GRANTING MOTION TO SELL PROPERTY**

THIS MATTER coming to be heard on the debtor's "motion to authorize short sale," due notice having been given, and the court being fully advised, IT IS HEREBY ORDERED:

1. The motion is construed as a motion to sell property under section 363(b) of the Code and is granted. Debtor is authorized to sell the property located at 5620 Trinity Ct, Gurnee, IL 60031.

2. This order does not authorize a short sale absent formal approval from Mr. Cooper and Shellpoint Mortgage Servicing.

3. A complete copy of the master statement or HUD1 must be tendered over to the office of the Chapter 13 Trustee.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  April 02, 2021

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main Street
Skokie IL 60076
(847) 673-8600